KEMP *v.* UNITED STATES.

No. 311, Misc.   Decided May 14, 1962.

*A. Kenneth Pye* for petitioner.

*Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted.   The judgment is vacated and the case is remanded for consideration in light of *Coppedge* v. *United States, ante,* p. 438.

MR. JUSTICE CLARK and MR. JUSTICE HARLAN dissent for the reasons stated in their dissenting opinion in the *Coppedge* case.

MR. JUSTICE FRANKFURTER took no part in the consideration or decision of this case.